# EXHIBIT A

## *Netflix Worldwide Entertainment, LLC v. Abigail Barlow, et al.*
Copyrighted Works

| Title | Copyright Claimant(s) | Registration Number | Registration Date |
|---|---|---|---|
| Bridgerton, Diamond of the First Water (Season 1, Episode 1) | Netflix Worldwide Entertainment, LLC | PA 2-277-750 | January 8, 2021 |
| Bridgerton, Shock and Delight (Season 1, Episode 2) | Netflix Worldwide Entertainment, LLC | PA 2-277-759 | January 8, 2021 |
| Bridgerton, Art of the Swoon (Season 1, Episode 3) | Netflix Worldwide Entertainment, LLC | PA 2-277-752 | January 8, 2021 |
| Bridgerton, An Affair of Honor (Season 1, Episode 4) | Netflix Worldwide Entertainment, LLC | PA 2-277-739 | January 8, 2021 |
| Bridgerton, The Duke and I (Season 1, Episode 5) | Netflix Worldwide Entertainment, LLC | PA 2-277-737 | January 8, 2021 |
| Bridgerton, Swish (Season 1, Episode 6) | Netflix Worldwide Entertainment, LLC | PA 2-277-733 | January 8, 2021 |
| Bridgerton, Oceans Apart (Season 1, Episode 7) | Netflix Worldwide Entertainment, LLC | PA 2-277-731 | January 8, 2021 |
| Bridgerton, After the Rain (Season 1, Episode 8) | Netflix Worldwide Entertainment, LLC | PA 2-277-769 | January 8, 2021 |

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**PA 2-277-750**
**Effective Date of Registration:**
January 08, 2021
**Registration Decision Date:**
February 22, 2021

## Title

| | |
|---|---|
| **Title of Work:** | "Diamond of the First Water" - (Episode 1) |
| **Series Title:** | Bridgerton (Season 1) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | December 25, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Netflix Studios, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

| | |
|---|---|
| **Author:** | Netflix Global, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Netflix Worldwide Entertainment, LLC |
| | 5808 W. Sunset Blvd, 12th Floor, Los Angeles, CA, 90028, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based upon the "Bridgerton" series of novels written by Julia Quinn. |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

**Organization Name:** Netflix
**Name:** Copyright Administrator
**Email:** copyrightadmin@netflix.com
**Address:** 5808 Sunset Blvd
Los Angeles, CA 90028 United States

## Certification

**Name:** Lauren Simmonds
**Date:** January 08, 2021

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-277-759**

**Effective Date of Registration:**
January 08, 2021
**Registration Decision Date:**
February 22, 2021

## Title

| | |
|---|---|
| **Title of Work:** | "Shock and Delight" - (Episode 2) |
| **Series Title:** | Bridgerton (Season 1) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | December 25, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Netflix Studios, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

| | |
|---|---|
| **Author:** | Netflix Global, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Netflix Worldwide Entertainment, LLC<br>5808 W. Sunset Blvd, 12th Floor, Los Angeles, CA 90028 United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based upon the "Bridgerton" series of novels written by Julia Quinn. |
| **New material included in claim:** | all other cinematographic material |

Page 1 of 2

## Rights and Permissions

**Organization Name:** Netflix
**Name:** Copyright Administrator
**Email:** copyrightadmin@netflix.com
**Address:** 5808 Sunset Blvd
Los Angeles, CA 90028 United States

## Certification

**Name:** Lauren Simmonds
**Date:** January 08, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-277-752

**Effective Date of Registration:**
January 08, 2021
**Registration Decision Date:**
February 22, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | "Art of the Swoon" - (Episode 3) |
| **Series Title:** | Bridgerton (Season 1) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | December 25, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Netflix Studios, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| | |
| • **Author:** | Netflix Global, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Netflix Worldwide Entertainment, LLC |
| | 5808 W. Sunset Blvd, 12th Floor, Los Angeles, CA 90028 United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based upon the "Bridgerton" series of novels written by Julia Quinn. |
| **New material included in claim:** | all other cinematographic material |

Page 1 of 2

**Rights and Permissions** _____

        **Organization Name:**  Netflix
                   **Name:**  Copyright Administrator
                   **Email:**  copyrightadmin@netflix.com
                **Address:**  5808 Sunset Blvd
                            Los Angeles, CA 90028 United States

**Certification** _____

        **Name:**  Lauren Simmonds
        **Date:**  January 08, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-277-739**

**Effective Date of Registration:**
January 08, 2021
**Registration Decision Date:**
February 22, 2021



## Title

| | |
|---|---|
| **Title of Work:** | "An Affair of Honor" - (Episode 4) |
| **Series Title:** | Bridgerton (Season 1) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | December 25, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Netflix Studios, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

| | |
|---|---|
| **Author:** | Netflix Global, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Netflix Worldwide Entertainment, LLC<br>5808 W. Sunset Blvd, 12th Floor, Los Angeles, CA 90028 United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based upon the "Bridgerton" series of novels written by Julia Quinn. |
| **New material included in claim:** | all other cinematographic material |

Page 1 of 2

## Rights and Permissions

**Organization Name:** Netflix
**Name:** Copyright Administrator
**Email:** copyrightadmin@netflix.com
**Address:** 5808 Sunset Blvd
Los Angeles, CA 90028 United States

## Certification

**Name:** Lauren Simmonds
**Date:** January 08, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-277-737

**Effective Date of Registration:**
January 08, 2021
**Registration Decision Date:**
February 22, 2021

## Title

| | |
|---|---|
| **Title of Work:** | "The Duke and I" - (Episode 5) |
| **Series Title:** | Bridgerton (Season 1) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | December 25, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

- | | |
  |---|---|
  | **Author:** | Netflix Studios, LLC |
  | **Author Created:** | entire motion picture |
  | **Work made for hire:** | Yes |
  | **Domiciled in:** | United States |

- | | |
  |---|---|
  | **Author:** | Netflix Global, LLC |
  | **Author Created:** | entire motion picture |
  | **Work made for hire:** | Yes |
  | **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Netflix Worldwide Entertainment, LLC<br>5808 W. Sunset Blvd, 12th Floor, Los Angeles, CA 90028 United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based upon the "Bridgerton" series of novels written by Julia Quinn. |
| **New material included in claim:** | all other cinematographic material |

Page 1 of 2

**Rights and Permissions**

      **Organization Name:** Netflix
                **Name:** Copyright Administrator
                 **Email:** copyrightadmin@netflix.com
              **Address:** 5808 Sunset Blvd
                            Los Angeles, CA 90028 United States

**Certification**

      **Name:** Lauren Simmonds
       **Date:** January 08, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**PA 2-277-733**

**Effective Date of Registration:**
January 08, 2021
**Registration Decision Date:**
February 22, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | "Swish" - (Episode 6) |
| **Series Title:** | Bridgerton (Season 1) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | December 25, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

- | | |
  |---|---|
  | **Author:** | Netflix Studios, LLC |
  | **Author Created:** | entire motion picture |
  | **Work made for hire:** | Yes |
  | **Domiciled in:** | United States |

- | | |
  |---|---|
  | **Author:** | Netflix Global, LLC |
  | **Author Created:** | entire motion picture |
  | **Work made for hire:** | Yes |
  | **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Netflix Worldwide Entertainment, LLC |
| | 5808 W. Sunset Blvd, 12th Floor, Los Angeles, CA 90028 United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based upon the "Bridgerton" series of novels written by Julia Quinn. |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

**Organization Name:** Netflix
**Name:** Copyright Administrator
**Email:** copyrightadmin@netflix.com
**Address:** 5808 Sunset Blvd
Los Angeles, CA 90028 United States

## Certification

**Name:** Lauren Simmonds
**Date:** January 08, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**PA 2-277-731**

**Effective Date of Registration:**
January 08, 2021
**Registration Decision Date:**
February 22, 2021

## Title

| | |
|---|---|
| **Title of Work:** | "Oceans Apart" - (Episode 7) |
| **Series Title:** | Bridgerton (Season 1) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | December 25, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Netflix Studios, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

| | |
|---|---|
| **Author:** | Netflix Global, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Netflix Worldwide Entertainment, LLC<br>5808 W. Sunset Blvd, 12th Floor, Los Angeles, CA 90028 United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based upon the "Bridgerton" series of novels written by Julia Quinn. |
| **New material included in claim:** | all other cinematographic material |

Page 1 of 2

## Rights and Permissions

**Organization Name:** Netflix
**Name:** Copyright Administrator
**Email:** copyrightadmin@netflix.com
**Address:** 5808 Sunset Blvd
Los Angeles, CA 90028 United States

## Certification

**Name:** Lauren Simmonds
**Date:** January 08, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter
United States Register of Copyrights and Director

**Registration Number**
## PA 2-277-769

**Effective Date of Registration:**
January 08, 2021
**Registration Decision Date:**
February 22, 2021



## Title

| | |
|---|---|
| **Title of Work:** | "After the Rain" - (Episode 8) |
| **Series Title:** | Bridgerton (Season 1) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | December 25, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Netflix Studios, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| • **Author:** | Netflix Global, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Netflix Worldwide Entertainment, LLC
5808 W. Sunset Blvd, 12th Floor, Los Angeles, CA, 90028, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based upon the "Bridgerton" series of novels written by Julia Quinn. |
| **New material included in claim:** | all other cinematographic material |

**Rights and Permissions**

| | |
|---:|:---|
| **Organization Name:** | Netflix |
| **Name:** | Copyright Administrator |
| **Email:** | copyrightadmin@netflix.com |
| **Address:** | 5808 Sunset Blvd |
| | Los Angeles, CA 90028 United States |

**Certification**

| | |
|---:|:---|
| **Name:** | Lauren Simmonds |
| **Date**: | January 08, 2021 |