# EXHIBIT B

# Physical Copy of Exhibit Submitted With Notice of Lodging