# EXHIBIT C

LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"

| Track 1: Tis the Season |
| --- |

MOTHERS
Tis the season.
It's a season for elegant ladies!
Reputations dictated by the queen!
Must be perfectly perfect
Must meet every expectation
May God save all our souls!

LADY WHISTLEDOWN
Grosvenor Square, eighteen-thirteen.
Dearest reader
The time has come to place our bets
For the upcoming social season!
Consider the household of the Baron Featherington
Three misses foisted upon the marriage market
Like sorrowful sows, by their tasteless and tactless mama

PENELOPE
Is she to breathe, Mama?

LADY FEATHERINGTON
When I was your age I could fit my waist into an orange and a half, and so shall you!

Tighter

PRUDENCE
Tighter?!

LADY WHISTLEDOWN
Far better odds might exist
In the household of the widowed Viscountess Bridgerton
A shockingly prolific family
Known for its bounty of perfectly handsome sons,
And perfectly beautiful daughters

ELOISE
Ugh! I'm boiling in this dress already.

HYACINTH
Are you to complain the entire time, Eloise?

ELOISE
Well, what else am I good for?

1

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

HYACINTH
I feel like a princess.
Do I look like one?

ELOISE
Hyacinth, do you wish to know what I think you look like?
Benedict!

BENEDICT
And where's the lovely Daphne?

HYACINTH
She's only been getting ready all evening.

ELOISE
Only her whole life.

BENEDICT
Well, I'll go fetch for her.

COLIN
No, I'll go fetch for her.
She likes me better than you anyway.

BENEDICT
And who says that?

HYACINTH
Well, everyone says that.

ELOISE
Rrrr! DAPHNE! YOU MUST. MAKE. HASTE.
Oh, so, do you think she heard me?

LADY WHISTLEDOWN
How very perfect indeed.

DAPHNE
This is only the beginning
Of the life that I'll be living.
I'm dreaming of a match for love
Just like Mama and Pa had done.
So Father, if you're looking down from above,
I'm marrying for love.

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

THE SOCIETY
'Tis the season. It's a season for elegant ladies.
Must be marvelous down to every seam.
Must be perfectly perfect, with impeccable reputations.
So may she save us all.

MRS. BRIDGERTON
Where is he?
If your brother is to be obeyed as Lord Bridgerton,
He must act like Lord Bridgerton.
Benedict, where is Anthony?

BENEDICT
I do not know.

ELOISE
Ugh.

SIENA
Just hold me closer now.
Our time is running out.

ANTHONY
Siena, you know it's half-past nine.

SIENA
My lord, discard the time.
Just put it in your pocket and lock it away.

ANTHONY
You know I cannot stay,
Siena. My duties, they await.

So I'll see you Saturday.

BRIDGERTON SISTERS
There's a reason, there's a reason for all of this crazy.
The only word that matters is the queen's.

LASY WHISTLEDOWN
Today is a most important day;
And for some, a terrifying one.
For today is the day
London's marriage-minded misses
Are presented to Her Majesty, the Queen.

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

BRIDGERTON SISTERS
To the Queen!

HERALD
Presenting ladies Prudence, Philippa, and Penelope Featherington,
All presented by their mother,
The Right Honorable Lady Featherington.

FEATHERINGTON SISTERS
Your Majesty,
We're as perfect as we seem.
Not the cake, but we're the cream.
Think I forgot how to breathe!

LADY WHISTLEDOWN
A glimmer of displeasure,
And a young lady's value plummets to unthinkable depths.
Presented by her mother
The Right Honorable Viscountess Bridgerton,....
Miss Daphne Bridgerton.

DAPHNE
Don't trip. Don't falter.
Just make it to the altar.
Don't break. Don't crumble.
Make certain you're perfectly humble.
Show Her Majesty the Queen
That I'm more than worthy.
Don't you let it show that you're more than nervous.
Finally, I'm living with a purpose
Must be calm and cool, collected at the surface.
Must be perfectly perfect.

CHORUS
She's perfectly perfect.

DAPHNE
Must be perfectly deserving.

CHORUS
Could she be the diamond of the season?
Father would be so proud.


DAPHNE
Don't trip. Don't falter.

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

Just make it to the altar.
Must be perfectly perfect.

CHORUS
'Tis the season, 'tis the season for elegant ladies.
'Tis the season, ah.

DAPHNE
Perfectly perfect.
Must be--

QUEEN CHARLOTTE
Flawless, my dear.

DAPHNE
Did that really just happen?

**Track 2: Tis the Season**

Nothing but a whisper is a shout,
It's a buzz about the Ton.
Nothing like a scandal, going 'round
When you read the works of Lady Whistledown.

It's appalling, what a shame.
They'll disgrace their family name.
You can bet the one to blame without a doubt
It's Lady Whistledown, down, down.

If you've got a secret, you should keep it.
Whistledown, down, down.

If you've got a secret just pray it's never found, found found.
Pray it's never found, found found.

Without a doubt it's Lady Whistledown.

**Track 3: If I Were a Man**

ELOISE
I guess I have to be a lady,
Smiling and waving,
Constantly obeying.
I guess I need a prince
To come and save me,
Even if I don't need saving.
I guess I must sit on a throne I don't own,
Raising the babies we made all alone.
I guess as a lady there's just some things I'll never know.

LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"

But if I were a man
I'd go to Japan,
Maybe swim in the Seine
And learn to speak French.
I'd have the whole world in the palm of my hand,
I'd finally do what I could but I can't
If I were a man.

PENELOPE
Eloise, I must tell you something.

ELOISE
Tell me.

PENELOPE
"I've learned to know of a woman who's come to be with child.

ELOISE
Is it a lady or a maid?

PENELOPE
It's a maid.

ELOISE
Well, I didn't know any of your maids were married.

PENELOPE
She's not married.

ELOISE
She's not married?
How does a woman come to be with child if she's not married?

PENELOPE
I don't know how.

ELOISE
Well, you need to find out, so it doesn't happen to us!

I guess I have to go to banquets.
Banquets make me anxious,
Acting rather shameless.
I guess I need a gown
Down past my ankles,
Doing up my hair in tangles.
I guess I have to sit still and look pretty,

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

Dance 'til I'm proper dizzy,
Throw away the life
That I've been missing.

But if I were a man,
I'd summer in Cannes,
Maybe play in the sand
And wear my own pants.
I'd have the whole world in the palm of my hand.
I'd finally fly far away from the nest
If I were a man.

There'd be no ladies and lords,
Just the world to explore.
And I don't care if it's all blood and gore.
No extravagant balls or gentlemen calls;
And I don't give a rat if he's handsome and tall.
I don't want to settle and squawk,
Or never leave the nest for a delicate walk.
Whoa, what if I, what if I want to fly?
'Cause if I were a man I'd go to Bhutan,
Maybe play in the sand and learn to speak French.

I'd have the whole world in the palm of my hand.
And finally do what I could which I can't.
If I were a man,
If I were a man
I'd have the whole world in the palm of my hand.
I'd finally do what I could but I can't
If I were a man.

---

**Track 4: The Ruse**

SIMON
Maybe there's another way,
Another role to play here,
To keep the press and the desperate mothers at bay.
We can change the story.
What do you say?

DAPHNE
What are you suggesting, Your Grace?
SIMON
We convince them there's a flame between us,

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

DAPHNE
Between us?

SIMON
And you will be the diamond of the season once again.

DAPHNE
And you'll have reinstated your freedom.

SIMON
We can convince them there's a flame,
That since we met our hearts were set ablaze.
And we will be exactly what they say we are:
Me, unavailable;
You, desirable.

SIMON
Look me in the eyes. If this is to work, we must appear madly in love. Dance with me, Miss
Bridgerton.

SOCIETY
Ooh. Ah.

SIMON
Perfect!

DAPHNE
Not so bad yourself!

SOCIETY
Could there really be a flame?
Could she be the one to change his ways?
And they are sure to be the talk of all the town!
He's unavailable and she's desirable.

MALE ENSEMBLE
She must be mine!
She must be my bride!

FEMALE ENSEMBLE
Why her?
Why not me?
Why not I?
When he looks her in the eyes,
Could she have won the most coveted prize?

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

LADY DANBURY
It's clear as day that there's a flame,
A spark that must have caught them by surprise.
They seem to have enchanted one another's hearts.
He's unavailable; and she's desirable.

LADY BRIDGERTON
She's a diamond once more.

LADY DANBURY
Who would have known?
It must be fate.

**Track 5: Penelope Featherington**

PENELOPE
Never as thin,
Never as perfect.
Never for him.
Never deserving of the boy I love.

Never a star;
Always an asteroid.
Delicate heart.
Forever the last choice of the one I want.
So I keep it all in.
It's like I'm invisible in my own skin.
Give up on the fictional fairytale end.
You're not Cinderella;
You're just Penelope Featherington

Ah, ah, ah, ah.

Never as prim,
Never as proper.
Never a whim,
Never an offer from a Bridgerton.
Colin will never see
Behind the yellow that covers me,
Just an afterthought.

So I keep it all in.
It's like I'm invisible in my own skin.
Give up on the fictional fairytale end.
Forever in yellow,
You're just Penelope Featherington.

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

He would hold my hand;
He'd be more than just a friend.
If only someone else would just understand.
He'd be like my prince
And steal me with a kiss,
But that's not real life;
Never dressed in white.
'Cuz I'm never as thin,
Never as perfect.
Never for him.
Never deserving of the boy I love.

Never the star;
Always an asteroid.
Delicate heart.
Forever the last choice of the one I want.

So I keep it all in.
It's like I'm invisible in my own skin.
Give up on the fictional fairytale end.
Forever in yellow,
You're just Penelope Featherington.

### Track 6: Fool For You

SIENA
No, don't you try to hold me close.
That door is closed now.
Go, go find yourself a girl
Who smells just like a rose.
I'm on my own now.

I don't need you,
You don't need me,
I can fight my own battles.
And I won't be a fool for you.
I won't be a fool no more.
So walk on out that door.
Don't pretend you haven't done it before.
I don't need your touch,
So release me from your clutch.

### Track 7: Alone Together

SIMON
Alone together.

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

DAPHNE
Alone together.

SIMON
In the gallery,
And she's just out of reach.

DAPHNE
Alone together,
And just for a moment,
Feels like I'll never be alone again,
I'll never be alone again.

SIMON
Whenever she's close,
Wherever she goes,
I wanna be near.

DAPHNE
The deal was proposed,
But I didn't know just how I'd feel.

SIMON
Alone together.

BOTH
Something is different than it was before.
It was so innocent;
Now that it's intimate,
I want more.

DAPHNE
In the perfect version of us

SIMON
In the perfect version of us

DAPHNE
He'd be the artist and I'd be the brush.

SIMON
In the perfect version of us
I'd be the artist...

BOTH
We could escape

LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"

Into the painting,
Colored in green,
Gilded in gold.
When we're alone together
I lose control
Whenever our feelings unfold
The stories we told.
When we're alone together,
When we're alone together
I wish you were mine.

DAPHNE
We should go.

SIMON
Right.

**Track 8: Entertain Me**

QUEEN CHARLOTTE
I have everything I need,
But nothing that I want.

That's not good enough!
Is that the best you've got?

Bring me mimes and fire-eaters
And trapezes from the ceiling.
And if you tell a joke
And I'm still not amused, you're through.

ENTERTAINERS
Your Majesty!
Look here!
Look here!
I can make a rabbit disappear!
I can balance on a sphere!
I can put my legs behind my head!

QUEEN CHARLOTTE[1]
Do that again and you'll be dead!
All the rest of you,
Bite your tongue, hold your breath
'Cause I'm the most valuable guest!

---

[1] Although the songbook does not indicate a change in speaker, the album makes clear the singer is Queen Charlotte.

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

Entertain!
Entertain!
That was good,
Wasn't great.
Entertain!
Entertain!
Where's my snuff?
Where's my fluff?

COURTIER
Your Majesty, it's right there on the tray.

QUEEN CHARLOTTE
Oh.
You! Bring me my silver spoon,
And while you're at it, prepare a goose,
And tell the baker that the Queen wants pudding too.
Why do you look confused?
Chop-chop!

COURTIER
Your Majesty…

QUEEN CHARLOTTE
What?

COURTIER
It's the King.

QUEEN CHARLOTTE
Is he dead?

COURTIER
Lucid, ma'am.

QUEEN CHARLOTTE
Oh. Well… Bring me to him.
Your Majesty…

KING GEORGE
No need for the formalities, Lottie. Come, sit with me. How is little George?

QUEEN CHARLOTTE,
He's not so little anymore. Your people miss you, my dear. I miss you.

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

KING GEORGE
I'm right here, Lottie.

QUEEN CHARLOTTE
I miss the blue bells…
They're in full bloom.
Walking hand in hand…

KING GEORGE
I remember when you said we're dancing on the clouds,
Strolling through the grounds,
Talk and talk for hours

QUEEN CHARLOTTE
We were dancing…

KING GEORGE
Through the flowers.
Oh, I forgot to ask: How is dear Amelia?

QUEEN CHARLOTTE,
George, Amelia was ill, several years ago.

KING GEORGE
She came to my room but a fortnight ago. Did you not see her?

QUEEN CHARLOTTE
George, Amelia is dead!

KING GEORGE
Have you, have you done something? What have you done? No, you come back here!
Someone get her! This woman killed my child!

QUEEN CHARLOTTE
Ooh!
Entertain!
Entertain!
Bring me all my vices,
Something that will take away the pain

Entertain!
I'm dismayed!
I'm not crazy, but my sanity is circling the drain.
Ooh, ooh, ooh!  Ooh.

14

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

CROWD
She's not living, just surviving
Unforgiving, her sanity is circling the drain

QUEEN CHARLOTTE
Not living, just surviving.
No one's listening,
Watching as I slowly go insane.
Entertain me!
Entertain me!

COURTIER
Your Majesty…

QUEEN CHARLOTTE
What?

COURTIER
The latest Whistledown.

QUEEN CHARLOTTE
Hmm… That will do!

### Track 9: Friend Turned Foe

ANTHONY
The time has come.
My friend turned enemy.
No escaping darkness: you should have known.

SIMON
I know,
My friend turned foe.

At least I'll die a man.
At least I'll die with honor now.
It's guaranteed there'll never be an heir of my own,
So take your best shot, my foe.

DAPHNE
Colin, pray tell me where they are.

COLIN
Hastings did a great dishonor on our family name. Surely you want him to pay

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

DAPHNE
Not with his life!

COLIN
Leave this to the men. Women should not be engaged in such weighty affairs.

DAPHNE
All that's ever said,
Again and again:
"Leave it to the men!"
To descend into madness.
But what if that madness
Is all that I know till the end?
Tell me where they went, Colin.
Tell me where they went, brother.
The ending could be tragic.
My life hangs in the balance.
Tell me where they went!

COLIN
Follow me, then.

SIMON
For what it's worth, I'm sorry.

ANTHONY
Your apology means nothing to me anymore.

BOTH
This means war.
Say goodbye.
Say good—

---

**Track 10: Burn For You**

DAPHNE
If this is what you call a honeymoon,
Pacing 'round our separate rooms,
Running from our elaborate ruse,…
We're doomed!

SIMON
Daphne—

DAPHNE
Please forgive me, Your Grace.

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

SIMON
You're Grace!

DAPHNE
Can't even look me in the face.
And now I must lie in the mess you made.

SIMON
The mess we made.

DAPHNE
It was your mistake;
You kissed me in the maze.

SIMON
I was prepared to take my life that day.

DAPHNE
I stole your fate.

SIMON
I stole your fate.

DAPHNE
I stole your fate.

SIMON
No, I stole your fate!

DAPHNE
I don't understand.

SIMON
And now, you're forced to love a man you hate.

DAPHNE
Simon—

SIMON
I know you don't feel the same,
But I burn for you.

DAPHNE
You burn for me?

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

SIMON
I burn.

DAPHNE
I burn.

SIMON
I burn.

DAPHNE
I burn.

SIMON
I

BOTH
Burn for you

DAPHNE
I burn
I burn for you

SIMON
You burn for me.
How do you feel?

DAPHNE
I feel wonderful.

SIMON
From the mornings you ease,
To the evenings you quiet,
I'm always thinking of you.

DAPHNE
I'm always dreaming of you.
From the mornings to late in the night,
It is you I cannot sacrifice.

SIMON
Sacrifice.

DAPHNE
Look me in

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

BOTH
My eyes
I burn for you

DAPHNE
I burn for you

SIMON
I burn

DAPHNE
I burn

BOTH
I burn for you

SIMON
I burn
I burn

BOTH
Say my name,
Say I'm yours,
Promise we'll never be oceans apart,
'Cause I burn for you.

SIMON
I burn for you

DAPHNE
I burn

SIMON
I burn

DAPHNE
You burn

BOTH
For me

SIMON
I'm yours, Daphne. I've always been yours.

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

| |
|---|
| DAPHNE<br>And I'm yours. |
| **Track 11: Every Inch** |
| SIMON<br>I'm taking you somewhere.<br><br>DAPHNE<br>Where are we going? Tell me!<br><br>SIMON<br>You worry too much! You'll see!<br><br>She is light, she is music.<br>She is mine.<br>I could lose myself in her eyes.<br>There's an ocean deep and wide,<br>And I'm being pulled by the tide.<br><br>She's a melody, she's a muse,<br>She's a remedy to the blues.<br>She's a feeling I never knew.<br><br>She is night; she is day.<br>She is sunrise; she is rain.<br>And I say, let it pour.<br>I have been waiting for someone like her,<br>Something like this.<br>I'm in love with you,<br>Every inch of you.<br><br>DAPHNE<br>He is grace, he is beauty.<br>What a face!<br>I could lose myself in his embrace.<br>He's an absolute work of art.<br>His heart is beating just for me.<br>I can hardly breathe.<br>Fall down, down the well,<br>Under his spell.<br>He's a feeling that I've never felt.<br><br>He's the sun; he's the moon.<br>He's the roses in full bloom,<br>And they'll bloom forever more. |

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

I have been waiting for someone like him,
Something like this.
I'm in love with him,
Every inch of him.
Every inch, every inch
Every inch of you.

SIMON
Every inch, every inch
Every inch of you.

DAPHNE
I'm in love with you,
Every inch of you,
Every inch.

**Track 12: Worker Bee**

ELOISE
I guess I have to find a lady,
Whistledown to name.
I'll do it for the queen.
She doesn't think I'm Eloise.
I'm not just Eloise,
I'm an official worker bee.

And I'll do it for the queen.
I'll do it for the queen.
She doesn't think I'm Eloise.
I'm not just Eloise,
I'm an official worker bee.
And I'll do it for the queen.

**Track 13: Burned Me Instead**

DAPHNE
I trusted him.
I thought he was the one for me.
And now I know I was naïve,
He could tell.
He lied to my face as he poisoned the well.

And he burned me instead.
He burned, he burned me instead.

Wonder if he's got regrets.

**Track 14: Balancing the Scales**

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

VIOLET
Balancing the scales,
All my job entails,
Making sure that they're prepared
To see the world.

Making sure they're fine on their own
When they're old and they're grown
And all I see is shadows.
But that doesn't make it easier to let them go.
Ooh.
I walk past the doors
And the corridors where they grew,
And all I feel is emptiness from this emptying nest.
Edmund, are you there?
I was unaware how difficult it'd be without you there.
I was unprepared.
Balancing the scales.

PORTIA
Balancing the scales.

VIOLET & PORTIA
I did the best I could, but still I have failed,

LADY DANBURY
Still I have failed.

VIOLET & PORTIA
Still I have

VIOLET, PORTIA & LADY DANBURY
Failed
Balancing the scales.
Want them to see the world,
But I'll always care.

VIOLET
Balancing the scales.

PORTIA & LADY DANBURY
All my job entails,

VIOLET
Making sure that they're prepared

LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"

VIOLET, PORTIA & LADY DANBURY
To see the world.

VIOLET
Making sure they learn

PORTIA
Making sure they're perfect

LADY DANBURY
Making sure their worth is always something that they know.

VIOLET, PORTIA & LADY DANBURY
But it doesn't make it easier to let them go.

**Track 15: Ocean Away**

DAPHNE
What a beautiful party!
I'm looking up at the ceiling a lot.
The chandelier is sparkly.
You never said "sorry";  guess you forgot.
Or, maybe you're not sorry at all.

But, a beautiful evening.
I want to know just what the hell are you thinking?
Oh-- so stoic, emotionless, over us all so, quickly.
What am I missing?
I can't even drink champagne, no
Without seeing your, face.
Am I the one to blame
When we're dancing in the same room but you're an ocean away?

SIMON
What a terrible soirèe.
With terrible people pretending they're happy in this masquerade.
We go through the motions when all that we wish is escape
From the choices we make.
And I see her smiling.
How can she be smiling?
There's been no reconciling.
And when she's at my focus, she won't even notice my gaze.
How can she be okay

BOTH
When I can't even drink champagne, no

**LYRICS FOR "THE UNOFFICIAL BRIDGERTON MUSICAL"**

Without seeing your, face?
Am I the one to blame
When we're dancing in the same room, but you're an ocean away?

Forget the ache of yesterday, and why don't we go dancing in the rain?
I know you think that I should change,
But nothing in the world could sway my way,
When I can't even drink champagne.
Dancing in the same room, but you're an ocean away.
You're an ocean away.
I can't even drink , I can't even drink champagne,
No, without hearing your name.
Am I the one to blame
When we're dancing in the same room,
But you're an ocean away?