# EXHIBIT D

# REPRESENTATIVE EXAMPLES OF INFRINGEMENT

| |
|---|
| **Track 1: "Tis the Season" (5:18)** |
| Barlow & Bear's first musical track appropriates Episode 1's opening scenes, including near identical introduction of *Bridgerton*'s main characters, use of its Grosvenor's Square 1813 setting, and the incorporation of substantial dialogue verbatim. The title, "Tis the Season" is a reference to "the season" described in Episode 1 and throughout Season 1 of *Bridgerton* as the social season that forms the basis for the storyline. |

| *Introduction of Setting (1813 Grosvenor Square) and Narrator Lady Whistledown* <br> *Upbeat Pace and Mood[1]* ||
|---|---|
| Season 1, Episode 1, Scene 1 includes the dialogue, spoken by Lady Whistledown: "Grosvenor Square, 1813.  Dearest reader, the time has come to place our bets for the upcoming social season.  Consider the household of the Baron Featherington.  Three misses foisted upon the marriage market by their tasteless, tactless mama." | The musical replicates this verbatim in lyrics also spoken by Lady Whistledown: "Grosvenor Square, 1813 / Dearest reader / The time has come to place our bets / For the upcoming social season! / Consider the household of the Baron Featherington / 3 misses foisted upon the marriage market / Like sorrowful sows by their tasteless and tactless Mama." |
| Season 1, Episode 1, Scene 2 includes the dialogue: "Far better odds might exist in the household of the widowed Viscountess Bridgerton.  A shockingly prolific family, noted for its bounty of perfectly handsome sons and perfectly beautiful daughters," spoken by Lady Whistledown. | The musical appropriates this dialogue nearly exactly in its lyrics: "Far better odds might exist / In the household of the widowed Viscountess Bridgerton / A shockingly prolific family known for its bounty of perfectly handsome sons / And perfectly beautiful daughters," also attributed to Lady Whistledown. |

| *Introduction of Characters and Themes, Daphne, Eloise, Hyacinth, and Anthony Bridgerton* ||
|---|---|
| Season 1, Episode 1 introduces Daphne Bridgerton as a young woman who is making her debut into London society.  In Scene 24, Daphne expresses to her sisters that she desires to make a marital match like that of her parents, noting in dialogue that: "We will *all* need to find love.  One day. Indeed, a love | The musical appropriates the character expression of Daphne Bridgerton, namely the character's desire to find love similar to that of her parents.  Lyrics of "Tis the Season" include, sung from Daphne's point-of-view, that she is "dreaming of a match for love/Just like Mama and Pa had done." |

---

[1] Throughout Exhibit D material from the *Bridgerton* series appears on the left and material from "The Unauthorized Bridgerton Musical" appears on the right.  This list is representative and not exhaustive of the similarities between the works.

**REPRESENTATIVE EXAMPLES OF INFRINGEMENT**

| | |
|---|---|
| as pure as what dear mama and papa once shared, if we are so fortunate." | |
| Season 1, Episode 1, Scene 8 introduces Eloise Bridgerton, who chafes against the constraints of femininity, sometimes literally. The scene includes Eloise stating, "I am already roasting!," in regards to her gown. Eloise also expresses her frustration with Daphne's lengthy dressing routine prior to her societal debut.  Dialogue in the scene has Eloise shouting "DAPHNE! YOU MUST MAKE HASTE!! Should you think she heard me?" | The musical expresses Eloise Bridgerton's discomfort in her position and attire with the substantially similar lyric "Ugh, I'm boiling in this dress already!"  Similarly, lyrics convey Eloise's frustration with Daphne's lengthy dressing routine prior to her societal debut in extremely similar lyrics: "DAPHNE! YOU MUST. MAKE. HASTE. Oh, so, do you think she heard me?" |
| Season 1, Episode 1, Scene 8 introduces Hyacinth Bridgerton, a younger sister serving as a foil to Eloise, one who embraces the femininity and marital strivings of the social season.  Hyacinth asks Eloise "I feel like a princess.  Do I look like one?" Eloise replies, "Do you truly wish to know what I think you look like?" | The musical appropriates Hyacinth Bridgerton's core character traits and the relationship between Hyacinth and Eloise through nearly identical lyrics spoken from the two characters' points-of-view: "I feel like a princess / Do I look like one? / Hyacinth, do you wish to know what I think you look like?" |
| Season 1, Episode 1 introduces Anthony Bridgerton and his tension with his mother, Lady Violet Bridgerton, as he steps into his late father's role.  Scene 10, includes the dialogue "Should your brother wish to be obeyed as Lord Bridgerton, he must act as Lord Bridgerton," spoken by Violet regarding Anthony's tardiness for Daphne's presentation (because he is engaged in a romantic assignation with his mistress, opera singer Siena Rosso). | The musical appropriates this same character tension and theme, including lyrics that are substantially similar to Lady Bridgerton's spoken dialogue, and convey the same meaning, namely that Anthony is running late ("Where is he? If your brother is to be obeyed as Lord Bridgerton/He must act like Lord Bridgerton.") because of his ongoing affair with Siena, who is specifically named in the song ("Siena, you know it's half-past nine!"). |

**REPRESENTATIVE EXAMPLES OF INFRINGEMENT**

| Track 2: "Lady Whistledown" (1:18) |
|---|
| Barlow & Bear's eponymous second musical track expresses the essence of Lady Whistledown's character, an unseen narrator whose hidden identity forms the core intrigue of Season 1. Her scandal sheets uncover the skeletons in many characters' closets. |
| ***Expression of Lady Whistledown's Scandal Sheets, Use of Gossip, Whisper to Express Tone*** |

| | |
|---|---|
| Throughout Season 1, Lady Whistledown releases scandal sheets (the era's version of tabloids) during the season to report on the scandals and intrigue that plague the show's main characters. Discovering Lady Whistledown's true identity is the core mystery of Season 1, and she is only revealed in the final scenes of the last episode, Episode 8. | The musical expresses the plot device of Lady Whistledown's scandal sheets and the gossip they provoke, through singing in a whisper tone with the refrain "Nothing but a whisper / Is a shout / It's a buzz about the Ton." It goes on to describe this device further: "Nothing like a scandal / Going 'round / When you read the works of Lady Whistledown." |
| Season 1, Episode 6, Scene 62 involves Lady Whistledown revealing the shocking truth about character Marina Thompson's secret pregnancy, the secrecy of which is a major plot point of Season 1. | The musical lyrics include the discussion of Lady Whistledown's propensity to reveal a shocking secret: "If you've got a secret / You should keep it . . . If you've got a secret / Just pray it's never found . . . Without a doubt it's Lady Whistledown." |

**REPRESENTATIVE EXAMPLES OF INFRINGEMENT**

| Track 3: "If I Were a Man" (2:58) ||
|---|---|
| Barlow & Bear's third musical track expresses the essence of Eloise Bridgerton's character and her frustration with societal constraints on women, as well as lifting substantial dialogue verbatim. ||
| *Expression of Eloise Bridgerton Character, Theme of Patriarchal Constraint* ||
| Season 1, Episode 2, Scene 12 includes the dialogue "if I were a man," spoken by Eloise Bridgerton. | The title of this track, "If I Were a Man" is taken verbatim from dialogue. |
| The character of Eloise Bridgerton is a young woman who is frustrated by her society's values of femininity over intellect and searching for how she pursue her own passions within that society.  She expresses her frustration frequently, including to her friend Penelope Featherington and is not content to accept the traditional role of a young woman in her society or marriage, including by rejecting the idea that she must one day have children or wear feminine clothes. | The musical appropriates the essential character of Eloise Bridgerton, enumerating all the ways she could pursue her passions and education if she were a man and the freedom she perceives men have.  The song conveys Eloise's discontent and unwillingness to accept the roles afforded to her, from motherhood to the decorative nature of female existence.  The lyrics, "I'd finally do what I could, but I can't," convey Eloise's frustration and predicament. |
| In Episode 2, Scene 12, Eloise and Penelope Featherington discuss conception and the secret pregnancy of Marina Thompson, Penelope's maid.  Eloise professes her ignorance as to how unmarried women can become pregnant.  Eloise states: "How can a woman come to be with child if she's not married?" . . . "We need to find out so it doesn't happen to us!" | The lyrics include the same discussion between Eloise and Penelope of the mysteries of conception as well as the secret pregnancy of Penelope's maid.  The lyrics include the same verbatim lines, including: "How does a woman come to be with child if she's not married?" and "you need to find out so it doesn't happen to us!" |

**REPRESENTATIVE EXAMPLES OF INFRINGEMENT**

| Track 4: "Penelope Featherington" (2:44) ||
|---|---|
| Barlow & Bear's eponymous fourth musical track expresses the essence of Penelope Featherington's character—an overlooked and socially undesirable wallflower with unrequited romantic feelings for Colin Bridgerton. ||
| *Expression of Penelope Featherington, Plot and Themes of Feeling Inferior, Unrequited Love* ||
| The character of Penelope Featherington in the series is a young woman overlooked by those around her, given less value in society because she is slightly overweight, and portrayed as less attractive. In Season 1, Episode 1, Scene 25, Penelope remarks she "shall gladly sit this season out." Her sister Prudence observes, "What she is, is two stone heavier than she ought to be." | The musical appropriates the essential character of Penelope Featherington, listing the ways that she feels overlooked and not sufficiently attractive for Regency society. The lyrics, "Never as thin / Never as perfect . . . It's like I'm invisible in my own skin" express Penelope's view on her status. |
| In Episode 1, Scene 33, Penelope wears an unflattering yellow dress, one that Lady Whistledown, in voice over, describes as the color of "the most undesirable pieces of overripe citrus fruit." Yellow remains a recurring color through season one for Penelope. | The musical copies this expression, noting in lyrics that Penelope is "Behind the yellow that covers me" and "Forever in yellow." |
| In Episode 6, Scene 47, Penelope tries to persuade Marina to end her engagement to Colin Bridgerton, who has no idea about Marina's secret pregnancy. Marina guesses (correctly) that Penelope is in love with Colin, and in dialogue says Penelope's "love is an unrequited fantasy." | The musical appropriates Penelope's unrequited romantic feelings for Colin Bridgerton, a key plot point for the character, with the lyrics "Never an offer from a Bridgerton / Colin will never see / Behind the yellow that covers me." |

## REPRESENTATIVE EXAMPLES OF INFRINGEMENT

| |
|---|
| **Track 5: "The Ruse" (2:59)** |
| Barlow & Bear's fifth musical track song expresses a major plot point in the first season of *Bridgerton* as well as the essential characters of Daphne Bridgerton and Simon Bassett. |
| ***Expression of "Ruse" Plot Device*** |

| | |
|---|---|
| Season 1, Episode 1, Scene 81 expresses a major plot point of the first season of the series when Simon Bassett (Duke of Hastings) proposes a ruse so both he and Daphne can achieve their goals—by tricking Lady Whistledown into thinking they are a couple. The term "ruse" is used throughout Season 1, e.g. Episode 2, Scene 9, Daphne says: "And we are yet to see if this ruse will succeed at attracting any callers for me at all"; Episode 3, Scene 4, Daphne says: "Our plan has worked thus far, but we must continue this ruse until I have found my match"; Episode 4, Scene 14, Daphne says: "—It was a lie. It was a ruse" and then in Scene 24 wonders if Simon is going to "reveal the big secret of their ruse to the queen"; Episode 5, Scene 2, Violet Bridgerton says in dialogue: "I knew there was something between the two of you. Ruse or not." | The musical copies this plot device and scenes nearly exactly. The very title "Ruse" is taken from the series and the musical tells the story of the faux romance pact between Daphne Bridgerton and Simon Bassett. As just one example, the lyrics when the character of Simon sings, "We convince them there's a flame between us." |
| In Episode 1, Scene 82, Simon and Daphne enact their plan to appear as a courting couple in public at a ball. As they dance, Simon reminds Daphne to make their attachment look authentic. In dialogue Simon tells Daphne to "Stare into my eyes" and reminds her "If this is to work, we must appear madly in love." | The lyrics copy this dialogue nearly verbatim. In lyrics, Simon sings, "look me in the eyes / If this is to work, we must appear madly in love." |

| |
|---|
| ***Characters of Daphne Bridgerton & Simon Bassett*** |

| | |
|---|---|
| The character of Daphne Bridgerton is a young woman debuting in society who must secure a husband. While initially earning the moniker of the "incomparable" of the season, essentially the most prized debut, and dubbed a flawless "diamond" by Queen Charlotte, | The musical appropriates the development of Daphne Bridgerton: The pressure she feels to reclaim her "diamond" status and to be seen as desirable despite derision published in Lady Whistledown. The lyrics, "And you will be the diamond of the season once again . |

**REPRESENTATIVE EXAMPLES OF INFRINGEMENT**

| | |
|---|---|
| Daphne has fallen out of favor. She has been maligned in Lady Whistledown's scandal sheets following her brother's refusal of all her suitors. Daphne must be seen as desirable again to fulfill her goals of a successful marriage in the eyes of society. | . . And we will be exactly what they say we are … You, desirable" convey Daphne's particular quandary and Simon's solution in the form of a disingenuous union. |
| In Episode 1, Scene 81, Simon proposes a ruse so that he can also achieve his goals: He, as an extremely eligible bachelor, will get the freedom he seeks from mothers intent on marrying off their daughters. This eligibility has been highlighted in Lady Whistledown's publications. In dialogue spoken by Simon he offers to Daphne: "With you on my arm, the world will believe I have finally found my Duchess . . . I presume [Lady Whistledown] will deem us precisely what we are: Me, unavailable . . . You . . . Desirable." | The musical also appropriates the development of Simon Bassett's character. He is an extremely sought-after single Duke who wants nothing to do with matchmaking matriarchs or coverage by Lady Whistledown. In lyrics, the song shares Simon's explicit point-of-view: "Maybe there's another way / Another role to play here / To keep the press and the desperate mothers at bay." |

# REPRESENTATIVE EXAMPLES OF INFRINGEMENT

## Track 6: "Fool for You" (0:59)

Barlow & Bear's short sixth musical track expresses the character of Siena Rosso as well as a her abandonment by Anthony Bridgerton.

### *Expression of Character of Sienna Rosso, Plot of Her Breakup with Anthony Bridgerton*

| | |
|---|---|
| Season 1, Episode 8, Scene 46 is the culmination of an affair between Viscount Anthony Bridgerton and opera singer Siena Rosso. Anthony had tried to end the relationship but continually returns to her, dangling the hope that they might be together despite classist barriers. Siena in this scene has finally had enough, and ends things between the couple on her own terms. | This musical, sung from the character Siena Rosso's point-of-view, reflects her decision to finally take matters into her own hands and end the relationship on her terms. The lyrics reflect Siena's desire to end things once and for all, particularly because of Anthony's mercurial affections: "And I won't be a fool for you / I won't be a fool no more / So walk on out that door / Don't pretend you haven't done it before.[2]" |
| Siena Rosso is a young woman who is stymied by the class struggles of Regency England: she is in love with a Viscount (Anthony) and because they come from different classes, their love affair will never be accepted in the eyes of society. Throughout Season 1, Anthony has shifted in his affection, stringing Siena along as he weights his duty versus his devotion to her. In Episode 8, Scene 46, Siena recognizes in dialogue that their relationship is hopeless and must end: "What am I doing? . . . I am looking out for myself. I am ensuring my own future. Because I know . . . that there is no one else who ever will." | The musical expresses the essential character of Siena Rosso, a woman in a forbidden love affair who finally decides that she must end her relationship with a Viscount, taking care of herself and her future, as well as letting him go. In lyrics, the character of Siena acknowledges that Anthony must find a woman among his own class: "Go, go find yourself a girl / Who smells just like a rose." The lyrics also recognize Siena's understanding that no one will look out for her but herself as she sings: "I'm on my own now / I don't need you, you don't need me / I can fight my own battles / And I won't be a fool for you." |

---

[2] Further, per the original TikTok channel (@bridgertonthemusical) where the song was posted, Barlow & Bear highlight that "Fool for You" is "Sienna's Song." The video can be found at: https://www.tiktok.com/@bridgertonmusical/video/6920044177535388934?is_copy_url=1&is_from_webapp=v1&lang=en.

**REPRESENTATIVE EXAMPLES OF INFRINGEMENT**

| Track 7: "Alone Together" (2:12) |  |
|---|---|
| Barlow & Bear's seventh musical track expresses an essential, intimate scene between the characters of Daphne Bridgerton and Simon Bassett where their romance begins. | |
| *Expression of Daphne and Simon Falling in Love, Specific Party Scene, Mood* | |
| Season 1, Episode 3, Scene 23 finds Simon Bassett and Daphne Bridgerton at a party featuring an art exhibit, alone for the first time to discuss their feigned affair and its success.  This is the first scene where the characters begin to have romantic attraction to each other. | The title of this track, "Alone Together," reflects this scene in Episode 3, where the characters of Simon and Daphne are finally alone to discuss their arrangement and find there is real attraction.[3] |
| In Episode 3, the setting for Scene 23 is the Somerset House side gallery, the side room of an art exhibition.  Daphne and Simon stand in front of a landscape painting. | The lyrics include a specific reference to the unique setting of Daphne and Simon's interaction in Scene 23:  "Alone together / In the gallery."  The lyrics further describe the art and its composition:  "We could escape / Into the painting / Colored in green / Gilded in gold." |
| On view in Scene 23 is a painting lent by Simon to the exhibition, and Daphne discovers it was a favorite painting of his late mother's.  Daphne explains what she sees in the painting and her connection to it, a metaphor for her burgeoning attracting to Simon.  In dialogue, Daphne, presumably describing the painting, says it makes her feel "As if I could be the only person left in the world, and yet somehow . . . I am not lonely.  I am comforted.  At peace." | The musical appropriates this essential character expression, namely that Daphne, when alone with Simon, does not feel lonely and in fact feels the beginnings of attraction.  The lyrics express this sense of singular togetherness reflected in the episode:  "Alone together / And just for a moment / Feels like I'll never be alone again." |
| Also in Scene 23 of Episode 3, Daphne describes the painting in dialogue as "intimate," and she and Simon then proceed to have their first intimate moment when their | In lyrics, the song describes the moment of intimacy noted in the scene's dialogue and its emotional resonance in the couple's love story:  "Alone together / Something is different than it was before / It was so |

---

[3] Per an interview on the Kelly Clarkson show, Bear and Barlow explicitly admit that Episode 2, Scene 23 is the scene that inspired "Alone Together."  At approximately one minute and eight seconds into the clip, Barlow cites the scene where Simon and Daphne are "in a gallery together" and "looking at all the art."  *See* https://www.youtube.com/watch?v=cS88nXJiovc.

**REPRESENTATIVE EXAMPLES OF INFRINGEMENT**

| | |
|---|---|
| hands almost touch.  This is a crucial moment in the evolution of the characters' true love story, and the start of a story transition from feigned to real emotion. | innocent / Now that it's intimate, I want more." |

**REPRESENTATIVE EXAMPLES OF INFRINGEMENT**

| Track 8: "Entertain Me" (3:32) ||
|---|---|
| Barlow & Bear's eighth track song expresses the essence of Queen Charlotte's character, her relationship with King George, and copies dialogue verbatim. ||
| ***Character of Queen Charlotte, Setting and Mood*** ||
| Queen Charlotte is a seminal character in *Bridgerton* Season 1, forming the locus around which the other characters interact with one another. Her husband King George suffers from mental illness and their separation is a source of pain for Queen Charlotte. In Season 1, Episode 5, Scene 19, Lady Danbury acknowledges the mercurial and demanding nature of the meddling Queen, who has conspired to deny the marriage license for Daphne Bridgerton and Simon Basset. In dialogue, when asked why the Queen would insert herself, Lady Danbury says: "To distract herself? To entertain herself? . . . Or, perhaps, she was simply bored." | The track's title, "Entertain Me" references Queen Charlotte, appropriating the character's essential expression as a bored and frustrated monarch facing a lonely rule thanks to her husband's illness and thus, meddling in the lives of her subjects. Sung from Queen Charlotte's point-of-view, the lyrics express this duality: "Entertain! Entertain! Bring me all my vices / Something that will take away the pain." |
| In Episode 5, Scene 17, the Queen is given an update regarding King George's health. In dialogue, the Royal Physician tells the queen: "It is the king, your majesty." Queen Charlotte asks: "Dead?" And the Physician replies: "Lucid." | The lyrics replicate Scene 17's dialogue nearly verbatim: "Your majesty / What? / It's the King / Is he dead? / Lucid, ma'am." |
| In Episode 5, Scene 26, Queen Charlotte is finally able to have a conversation with a lucid King George. This is a poignant moment for Queen Charlotte and a small window into their former life, allowing the audience to discover a kinder side to this character and also reveal a reason for her current sharp nature. In dialogue, Queen Charlotte greets George: "My king." George replies: "There is no need for formality, Lottie. Sit with me. . . . How is little George?" Queen Charlotte replies: "He is . . . well, he is not so little any more." A bit later in the conversation, Queen Charlotte confesses: "Your subjects miss you, my dear. I miss | The musical reproduces this conversation nearly verbatim, importing the dialogue from the episode. It also appropriates the relationship between the characters and the revelation of their former love juxtaposed against the difficulty of their present state given George's illness. The lyrics, sung from the Queen and King's perspectives are: "Your Majesty / No need for formalities, Lottie / Come! Sit with me! / How is little George? / He's not so little anymore / Your people miss you, my dear / I miss you / I'm right here, Lottie." |

**REPRESENTATIVE EXAMPLES OF INFRINGEMENT**

| | |
|---|---|
| you." King George replies: "I am right here, Lottie." | |

**REPRESENTATIVE EXAMPLES OF INFRINGEMENT**

| Track 9: "Friend Turned Foe" (2:29) ||
|---|---|
| Barlow & Bear's ninth track narrates the duel between former friends Simon Bassett and Anthony Bridgerton—a critical plot development that drives Daphne and Simon's relationship forward. ||
| ***Characters of Simon and Anthony, Plot Development of Their Relationship Souring*** ||
| Season 1 establishes Anthony Bridgerton and Simon Bassett as old friends. In Episode 1, Anthony acknowledges in dialogue that "Hastings and I know each other from our days at Oxford." In Episode 3, Scene 26, Anthony catches Simon and Daphne Bridgerton together in an illicit kiss, and challenges Simon to a duel. | The title of this track, "Friend Turned Foe," is a reference to the friendship between Anthony and Simon and subsequent duel fought between them, turning them into enemies. The song is sung from Anthony and Simon's perspectives. |
| In Episode 4, Scene 37, Anthony acknowledges in dialogue "the duel at dawn" but denies that it is honorable: "If there is any honor to be had from killing my dearest friend." | In lyrics, the song expresses the essential character of Anthony Bridgerton, who faces the quandary of either killing his good friend or losing his own life in the name of an ostensibly worthy cause, the defense of his sister's honor: "The time has come / My friend turned enemy / No escaping darkness / You should have known … At least I'll die with honor now." |
| In Episode 4, Scene 44, Daphne confronts Colin Bridgerton about the location of the duel. In dialogue she asks Colin: "Where have they gone? … --Tell me where this duel is to take place." Colin deflects, reminding Daphne that: "Hastings has done you a grave dishonor. Surely you must wish to see him pay." Daphne responds: "Not with his life." | The lyrics, sung from the perspective of Daphne, appropriate this dialogue almost verbatim: "Colin pray tell me where they are / Hastings did a great dishonor on our family name / Surely you want him to pay / Not with his life." |

**REPRESENTATIVE EXAMPLES OF INFRINGEMENT**

| **Track 10: "Burn for You" (2:53)** ||
|---|---|
| Barlow & Bear's tenth track expresses the budding romance between Simon Bassett and Daphne Bridgerton―the primary relationship in the series—who begin courting as a ruse but ultimately develop romantic feelings for one another. ||
| ***Plot Development of Daphne/Simon Relationship*** ||
| Season 1, Episode 5, Scene 53 includes the dialogue "I burn for you," spoken by Daphne Bridgerton. | The title of this track, "Burn for you" is taken verbatim from dialogue. |
| In Episode 4, Scene 26, Simon and Daphne share a forbidden kiss in a garden maze. They are caught by Daphne's brother, Anthony Bridgerton, who demands that Simon either marry Daphne for the dishonor or meet Anthony at dawn for a duel to the death.  Simon agrees to the duel, seemingly willing to sacrifice his life. | The musical expresses the unique setting and circumstance of Simon and Daphne's first kiss, with lyrics sung by Daphne, "It was your mistake / You kissed me in the maze."  To which the character of Simon sings back, "(I was prepared to take my life that day)," a clear appropriation of the initial romantic moment shared by the couple and Simon's subsequent resignation to a duel in the series. |
| The characters of Daphne Bridgerton and Simon Bassett are the core romantic story arc of Season 1:  while initially engaging in a faux romance and being forced to marry, they have separately developed true romantic feelings for one another.  Episode 5, Scene 53 is the culmination of many episodes of near misses for the couple.  The scene opens with Daphne pacing on the first night of her honeymoon, frustrated because she believes Simon has been avoiding her and does not share her feelings.  In dialogue, Daphne assumes Simon "would prefer to stay in your separate room and endure a wordless dinner on our wedding night." | The musical exploits the plot reveal of the characters' true feelings on the eve of their wedding despite much past confusion.  Sung as a duet from Daphne and Simon's perspective, the lyrics highlight Daphne's initial misunderstanding:  "If this is what you call a honeymoon / Pacing 'round our separate rooms / Running from our elaborate ruse / We're doomed." |
| Also in Episode 5, Scene 53, Simon finally confesses his love for Daphne, a huge turning point in the couple's relationship and a major plot point in the series.  In dialogue, Simon admits: "I cannot stop thinking of you.  From the mornings you ease to the evenings you quiet to the dreams you inhabit." | In the song "Burn for You," Simon, using largely the same phrases as the dialogue of Episode 5, sings about his love for Daphne: "From the mornings you ease / To the evenings you quiet / I'm always thinking of you ." |

**REPRESENTATIVE EXAMPLES OF INFRINGEMENT**

| Track 11: "Every Inch" (2:45) |
|---|
| Barlow & Bear's twelfth musical track replicates the tone, mood, and setting of Daphne Bridgerton and Simon Basset's physical love scene in Episode 6. |

| *Expression of Simon/Daphne Romantic Relationship and "Every Inch" Scene* ||
|---|---|
| Season 1, Episode 6, Scenes 18 and 19 chronicle moments of wedded bliss between the newlyweds Simon and Daphne. The scenes involve an extended romantic interlude where the couple has finally acknowledged their feelings and feel free to express their love. | The musical track chronicles Daphne and Simon's new love, and is sung from the characters' perspectives. The character of Daphne sings: "I'm in love with you / Every inch of you," reflecting this sequence of passion in Episode 6, where Daphne and Simon have finally united in their romantic and physical attraction. |
| In Scene 18, Simon pulls Daphne outside into the moonlit gardens for a rendezvous. Daphne asks, "Where are we going?" | In the lyrics, as in Scene 18 from Episode 6 where Simon pulls Daphne outside, the character of Simon sings: "I'm taking you somewhere." Daphne then asks: "Where are we going?" |

**REPRESENTATIVE EXAMPLES OF INFRINGEMENT**

| Track 12: "Worker Bee" (0:51) |
|---|
| Barlow & Bear's short eleventh musical track narrates Eloise Bridgerton's investigation into the identity of Lady Whistledown for Queen Charlotte, an important development for Eloise's character.  The song also appropriates the bumblebee, a recurring symbol in the series. |
| *Expression of Investigation of Lady Whistledown's Identity and Use of "Bee" Symbol* |

| | |
|---|---|
| In Episode 5, Scene 43, Queen Charlotte overhears Eloise inquiring if Lady Danbury is secretly writing as Lady Whistledown.  The Queen, who is eager to find out the identity of the person ridiculing her in print, orders Eloise to reveal the fruits of her investigation.  In Episode 6, Scene 7, Eloise brags that "The queen herself has charged me with discovering Whistledown's identity." | The musical track expresses Eloise Bridgerton's work for the Queen to discover Lady Whistledown's identity.  The song, sung from Eloise's point-of-view, appropriates this plot element directly in its lyrics:  "I guess I have to find a lady / Whistledown to name / I'll do it for the queen / She doesn't think I'm Eloise / I'm not just Eloise / I'm an official worker bee" with the refrain "I'll do it for the queen" excitedly repeated throughout. |
| Throughout *Bridgerton*, the symbol of a bumblebee, shot in close-up, is used to represent the "buzzing" associated with Lady Whistledown's missives.  The bee is used as a thematic bookend:  it appears in the Season 1, Episode 1 opening sequence on the Bridgerton door knocker and closes out the first season as the camera captures a bumblebee landing in the final moments of Episode 8. | The track's use of "Worker Bee" as a title and refrain in the song itself is an appropriation of this symbol.  Particularly because the song references Eloise Bridgerton's search for Lady Whistledown, whose publications cause quite the "buzz" in the Regency society that is the focus of the series, the title appears to be a pointed and specific lift. |

# REPRESENTATIVE EXAMPLES OF INFRINGEMENT

| Track 13: "Burned Me Instead" (1:01) |
|---|
| Barlow & Bear's thirteenth musical track expresses Daphne Bridgerton's feeling of betrayal at Simon Bassett over their conflicting desires to have children. This conflict and their resulting division drives the series forward in later episodes. |

| *Expression of Simon's Betrayal and Daphne's Emotional Reaction* | |
|---|---|
| From early in the season, Daphne reveals to Simon and the audience that she wants a family. The audience, but not Daphne, knows that Simon made a promise that he would not sire an heir as revenge for his father's treatment of him. Later in the series, Simon tells Daphne he cannot have children, but Daphne assumes it is a physical issue he cannot control, and marries him anyway. In Episode 6, Scene 58, Daphne finally understands that it is merely Simon's choice to avoid children and feels lied to and betrayed. In dialogue Daphne expresses her anger: "I TRUSTED YOU. . . . You CHOSE to lie to me." | The musical track, from the perspective of Daphne Bridgerton, expresses the character's anger and hurt as evidenced in Episode 6, Scene 58. Sung in a tone of sadness and anger, Barlow weeps and her voice shudders as she sings. The lyrics encapsulate Daphne's betrayal, an important plot transition from the newlyweds' previously blissful union, as well as Daphne's frustration with her own naiveté because she was unaware of the physical act required for conception: "I trusted him / I thought he was the one for me / And now I know I was naïve / He could tell / He lied to my face as he poisoned the well." |

**REPRESENTATIVE EXAMPLES OF INFRINGEMENT**

| Track 14: "Balancing the Scales" (2:22) |
|---|
| Barlow & Bear's fourteenth musical track expresses the essence of matriarch Lady Violet Bridgerton's character, as well as the series overall theme of marrying for love in a society that prioritizes social status. |

| *Character of Lady Violet Bridgerton and Theme of Marrying for Love, Not Status* ||
|---|---|
| The character of Lady Violet Bridgerton, a dowager Viscountess and widow, is that of a doting mother intent on securing her children's futures.  Despite her role in Regency London society, Violet is not content for her children to marry for status but desires them to have a happy marriage much like hers was to Edmund Bridgerton prior to his death. | The musical appropriates this essential character of Lady Bridgerton and the theme of a mother's desire for her children to be happy. The lyrics, sung from Lady Bridgerton's point-of-view, acknowledge her doting role as a mother:  "All my job entails / Making sure that they're prepared to see the world."  Further, the song specifically acknowledges her belated husband, Edmund Bridgerton, and she sings: "Edmund, are you there? / I was unaware / How difficult it'd be without you there." |

**REPRESENTATIVE EXAMPLES OF INFRINGEMENT**

| Track 15: "Ocean Away" (3:14) ||
|---|---|
| Barlow & Bear's fifteenth musical track expresses the emotional rift between the characters of Simon Bassett and Daphne Bridgerton—the primary conflict in *Bridgerton*'s later episodes—as well as appropriating Episode 7's title and dialogue. ||
| ***Ocean Away, Mood and Plot of Simon and Daphne's Rift*** ||
| Season 1, Episode 7 of *Bridgerton* is entitled "Oceans Apart." | The song title "Ocean Away" is an appropriation of the episode title of substantially the same name. |
| In Episode 7, Scene 53, Sir Henry Granville explains his arrangement with Lord Wetherby. Both men are married to women but engaged in a relationship. In dialogue Granville shares with Benedict Bridgerton: "You have no idea what it is like to be in a room with someone you cannot live without and yet still feel as though you are oceans apart." Though this dialogue is spoken by Granville, it is a metaphor for what Simon Bassett and Daphne Bridgerton are experiencing: in the previous Episode 6, they had a terrible fight about Simon's unwillingness to have children and Daphne's sense of betrayal. Currently, they are emotionally and thematically separated: they must pretend they are happy newlyweds despite the seemingly insurmountable strife in their union. | The refrain of the song references the emotional rift that occurs between Daphne and Simon during Episode 7 as reflected in the dialogue of Sir Granville: in the same room at society parties despite their marital separation. In the song, the characters of Daphne and Simon sing a duet acknowledging their physical closeness and emotional distance: "When we're dancing in the same room / but you're an ocean away." Further, the song makes use of the couple's previous fight, and each's seemingly irreconcilable views on having children. In the lyrics, both Simon and Daphne sing: "Forget the ache of yesterday / And why don't we go dancing in the rain? / I know you think that I should change / But nothing in the world could sway my way." |