AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| NETFLIX WORLDWIDE ENTERTAINMENT, LLC; NETFLIX STUDIOS, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> ABIGAIL BARLOW d/b/a ABIGAIL BARLOW PUBLISHING; EMILY BEAR d/b/a JORDAN KING MUSIC USA; PINK & PURPLE LADY, INC.; and BARLOW & BEAR, LLC <br><br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Barlow & Bear, LLC
c/o Kenneth D. Freundlich
Freundlich Law
16133 Ventura Blvd., Ste. 645
Encino, California 91436

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rose Leda Ehler
Munger, Tolles & Olson LLP
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*