## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NETFLIX WORLDWIDE ENTERTAINMENT, LLC; NETFLIX STUDIOS, LLC,<br><br>              Plaintiffs,<br><br>v.<br><br>ABIGAIL BARLOW d/b/a ABIGAIL BARLOW PUBLISHING; PINK & PURPLE LADY, INC.; EMILY BEAR d/b/a JORDAN KING MUSIC USA; BARLOW & BEAR, LLC,<br><br>              Defendants. | CASE NO. 1:22-cv-02247-TJK |

## JOINT STIPULATION REGARDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT

Plaintiffs Netflix Worldwide Entertainment, LLC and Netflix Studios, LLC (collectively, "Netflix") and Defendants Abigail Barlow d/b/a Abigail Barlow Publishing, Pink & Purple Lady, Inc., Emily Bear d/b/a Jordan King Music USA, and Barlow & Bear, LLC (collectively, "Barlow & Bear"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS on July 29, 2022, Netflix filed a complaint (the "Complaint"), Dkt. No. 1, against Barlow & Bear in *Netflix Worldwide Entertainment, LLC et al. v. Barlow et al.*, Case No. 1:22-cv-02247, in the U.S. District Court for the District of Columbia;

WHEREAS on August 2, 2022, Netflix served Barlow & Bear with the Complaint and accompanying civil summonses;

WHEREAS on August 4, 2022, Netflix duly filed proofs of service with this Court;

WHEREAS pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Barlow & Bear's response to the Complaint is currently due on August 23, 2022;

WHEREAS counsel for Barlow & Bear requested that Netflix stipulate to an extension of Barlow & Bear's deadline to respond to the Complaint;

WHEREAS Netflix agreed to stipulate to a 30-day extension of Barlow & Bear's deadline to respond to the Complaint;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, and respectfully request that the Court enter an Order providing, that Barlow & Bear's deadline answer or otherwise respond to the Complaint shall be extended by 30 days to September 22, 2022.

Dated: August 10, 2022           Respectfully submitted,

/s/ Rose Leda Ehler

ROSE LEDA EHLER (admitted *pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071-3426
Tel: 213.683.9100
Fax: 213.687.3702
Email: rose.ehler@mto.com

GINGER D. ANDERS (DC Bar No. 494471)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW
Suite 500E
Washington, DC 20001
Tel: 202.220.1100
Fax: 202.220.2300
Email: ginger.anders@mto.com

VIRGINIA GRACE DAVIS (admitted *pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: 415.512.4083
Fax: 415.512.4077
Email: grace.davisfisher@mto.com

*Counsel for Netflix Worldwide Entertainment, LLC and Netflix Studios, LLC*

DOUGLAS MARK, ESQ.
MARK MUSIC & MEDIA LAW, P.C.
120 El Camino Drive, Suite 104
Beverly Hills, CA, 90212
Tel: (310) 818-7242
Fax: (310) 818-7249
Email: doug@markmml.com

*Counsel for Abigail Barlow d/b/a Abigail Barlow Publishing and Pink & Purple Lady, Inc.*

/s/ *[signature]*

KENNETH B. HERTZ
HERTZ LICHTENSTEIN YOUNG & POLK LLP
1800 Century Park East, Tenth Floor
Los Angeles, CA 90067
Tel: (310) 499-2860
Fax: (310) 499-2851

*Counsel for Emily Bear d/b/a Jordan King Music USA and Barlow & Bear, LLC*

2