# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NETFLIX WORLDWIDE ENTERTAINMENT, LLC; NETFLIX STUDIOS, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>ABIGAIL BARLOW d/b/a ABIGAIL BARLOW PUBLISHING; PINK & PURPLE LADY, INC.; EMILY BEAR d/b/a JORDAN KING MUSIC USA; BARLOW & BEAR, LLC,<br><br>      Defendants. | CASE NO. 1:22-cv-02247-TJK |

### [PROPOSED] ORDER

Upon consideration of the Parties' Joint Stipulation Regarding Defendants' Deadline to Respond to Plaintiffs' Complaint, it is hereby ORDERED that such Stipulation is **GRANTED**. Defendants shall have up to and including September 22, 2022, to respond to Plaintiffs' Complaint.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Timothy J. Kelly
United States District Judge