UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NETFLIX WORLDWIDE ENTERTAINMENT, LLC; NETFLIX STUDIOS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ABIGAIL BARLOW d/b/a ABIGAIL BARLOW PUBLISHING; PINK & PURPLE LADY, INC.; EMILY BEAR d/b/a JORDAN KING MUSIC USA; BARLOW & BEAR, LLC,<br><br>Defendants. | CASE NO. 1:22-cv-02247-TJK |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Netflix Worldwide Entertainment, LLC and Netflix Studios, LLC hereby dismiss this action with prejudice.


Dated:  September 23, 2022

Respectfully submitted,

*/s/ Rose Leda Ehler*
ROSE LEDA EHLER (admitted *pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071-3426
Tel:  213.683.9100
Fax:  213.687.3702
Email: rose.ehler@mto.com

*Counsel for Netflix Worldwide Entertainment, LLC and Netflix Studios, LLC*