AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United States District Court for the District of Columbia |
| **DOCKET NO.** 1:22-cv-02247-TJK | **DATE FILED** 7/29/2022 |

| PLAINTIFF | DEFENDANT |
|---|---|
| NETFLIX WORLDWIDE ENTERTAINMENT, LLC; NETFLIX STUDIOS, LLC | ABIGAIL BARLOW d/b/a ABIGAIL BARLOW PUBLISHING; EMILY BEAR d/b/a JORDAN KING MUSIC USA; PINK & PURPLE LADY, INC.; and BARLOW & BEAR, LLC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See attached | See attached | See attached |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order<br>☐ Judgment<br>☒ Voluntary Dismissal | ☐ Yes  ☒ No | September 23, 2022 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## *Netflix Worldwide Entertainment, LLC v. Abigail Barlow, et al.*
Copyrighted Works

| Title | Copyright Claimant(s) | Registration Number | Registration Date |
|---|---|---|---|
| Bridgerton, Diamond of the First Water (Season 1, Episode 1) | Netflix Worldwide Entertainment, LLC | PA 2-277-750 | January 8, 2021 |
| Bridgerton, Shock and Delight (Season 1, Episode 2) | Netflix Worldwide Entertainment, LLC | PA 2-277-759 | January 8, 2021 |
| Bridgerton, Art of the Swoon (Season 1, Episode 3) | Netflix Worldwide Entertainment, LLC | PA 2-277-752 | January 8, 2021 |
| Bridgerton, An Affair of Honor (Season 1, Episode 4) | Netflix Worldwide Entertainment, LLC | PA 2-277-739 | January 8, 2021 |
| Bridgerton, The Duke and I (Season 1, Episode 5) | Netflix Worldwide Entertainment, LLC | PA 2-277-737 | January 8, 2021 |
| Bridgerton, Swish (Season 1, Episode 6) | Netflix Worldwide Entertainment, LLC | PA 2-277-733 | January 8, 2021 |
| Bridgerton, Oceans Apart (Season 1, Episode 7) | Netflix Worldwide Entertainment, LLC | PA 2-277-731 | January 8, 2021 |
| Bridgerton, After the Rain (Season 1, Episode 8) | Netflix Worldwide Entertainment, LLC | PA 2-277-769 | January 8, 2021 |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NETFLIX WORLDWIDE ENTERTAINMENT, LLC; NETFLIX STUDIOS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ABIGAIL BARLOW d/b/a ABIGAIL BARLOW PUBLISHING; PINK & PURPLE LADY, INC.; EMILY BEAR d/b/a JORDAN KING MUSIC USA; BARLOW & BEAR, LLC,<br><br>Defendants. | CASE NO. 1:22-cv-02247-TJK |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Netflix Worldwide Entertainment, LLC and Netflix Studios, LLC hereby dismiss this action with prejudice.

Dated:  September 23, 2022

Respectfully submitted,

*/s/ Rose Leda Ehler*
ROSE LEDA EHLER (admitted *pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071-3426
Tel:  213.683.9100
Fax:  213.687.3702
Email: rose.ehler@mto.com

*Counsel for Netflix Worldwide Entertainment, LLC and Netflix Studios, LLC*